(110 App. Div. 921)

### PRESTON v. WILLICH et al.

(Supreme Court, Appellate Division, Second Department.   December 29, 1905.)

Appeal from Special Term, Kings County.

Action by Charles M. Preston, as receiver of the New York Building Loan Banking Company, against Charles Willich and another. From a judgment for plaintiff, defendants appeal.   Affirmed.

Argued before HIRSCHBERG, P. J., and WOODWARD, HOOKER, RICH, and MILLER, JJ.

William Raimond Baird, for appellants.

Charles W. Dayton, for respondent.

PER CURIAM.   Judgment affirmed, with costs, on the authority of Preston v. Reinhart (decided herewith) 96 N. Y. Supp. 851.

---

(110 App. Div. 920)

### PRESTON v. ROCKEY et al.

(Supreme Court, Appellate Division, Second Department.   December 29, 1905.)

Appeal from Special Term, Kings County.

Action by Charles M. Preston, as receiver of the New York Building Loan Banking Company, against Maud E. Rockey and Walter S. Rockey.   From a judgment for plaintiff, defendants appeal.   Affirmed.

Argued before HIRSCHBERG, P. J., and BARTLETT, WOODWARD, JENKS, and HOOKER, JJ.

PER CURIAM.   Judgment affirmed, with costs, on the authority of Preston v. Reinhart (decided herewith) 96 N. Y. Supp. 851.

---

(109 App. Div. 833.)

### O'BRIEN v. BROOKLYN HEIGHTS R. CO.

(Supreme Court, Appellate Division, Second Department.   December 29, 1905.)

CARRIERS—INJURY TO PASSENGER—CONTRIBUTORY NEGLIGENCE—EVIDENCE.

A passenger who, after alighting from a trolley car of defendant, found one of its trains blocking the way, and after waiting a while for it to move, during which time several passengers from such car crossed the train by going over the platform of one of its cars, was injured by the train starting up on signal from the conductor while she was crossing it, cannot be held to have been guilty of contributory negligence as matter of law; she testifying that she started to cross on the conductor calling to her, as she stood beside the train, to "Come ahead!" as this authorized a finding that he assured her it was safe to attempt to cross.

[Ed. Note.—For cases in point, see vol. 9, Cent. Dig. Carriers, §§ 1357–1361, 1402; vol. 41, Cent. Dig. Railroads, § 1075.]

Appeal from Kings County Court.

Action by Mary O'Brien against the Brooklyn Heights Railroad Company.   From a judgment dismissing the complaint at the close of the case, plaintiff appeals.   Reversed.